# Court of Appeals
# of the State of Georgia

ATLANTA,  November 14, 2023

*The Court of Appeals hereby passes the following order:*

**A24D0116. KOSAY ALSAHLANI v. ZAYNAB SAYHOUD.**

Kosay Alsahlani and Zaynab Sayhoud divorced in 2021. In July 2022, the trial court issued an order finding Alsahlani in contempt of the divorce decree and requiring him to take certain actions to purge himself of the contempt.  On May 9, 2023, the trial court issued an order again finding Alsahlani in contempt. Alsahlani filed a direct appeal from the May 9 order, but we dismissed that appeal for failure to follow the discretionary review procedures. See OCGA § 5-6-35 (a) (2), (b); *Alsahlani v. Sayhoud*, Case No. A24A0263 (Sept. 21, 2023). On October 17, 2023, Alsahlani filed the instant application for discretionary review, again seeking to appeal the May 9 order. We again lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Alsahlani filed this application more than five months after entry of the order he seeks to appeal. Consequently, we lack jurisdiction over this untimely application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __11/14/2023__

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*